UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

MEGHAN FAXEL and
MIKE FAXEL

        Plaintiffs,

        Case No. 19-cv-1026

   v.

WILDERNESS HOTEL & RESORT, INC.

        Defendant/Third-Party Plaintiff,

   v.

PROSLIDE TECHNOLOGY, INC.,

        Third-Party Defendant.

---

### DEFENDANT WILDERNESS HOTEL & RESORT, INC.'S
### MOTION FOR SUMMARY JUDGMENT

---

     Defendant, Wilderness Hotel and Resort, Inc., by and through its attorneys, Axley Brynelson, LLP, pursuant to Fed.R.Civ.P. 56, hereby moves the Court for summary judgment dismissing all claims asserted in the Amended Complaint. The grounds for this Motion are fully set forth in the contemporaneously filed Memorandum in Support, Proposed Findings of Fact, Declarations of Brandon Schindler and Justin H. Lessner, and prior pleadings on file with the Court.

Dated this 26th day of January, 2021.

            AXLEY BRYNELSON, LLP

            */s Justin H. Lessner*
            Justin H. Lessner
            2 East Mifflin Street, Suite 200
            Post Office Box 1767
            Madison, WI 53701-1767
            Telephone: 608-257-5661
            Fax: 608-257-5444
            E-mail: jlessner@axley.com

            Attorneys for Defendant Wilderness Hotel & Resort, Inc.