IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MEGHAN FAXEL and MIKE FAXEL,

    Plaintiffs,

v.                                                   Case No. 19-cv-1026-slc

WILDERNESS HOTEL & RESORT, INC.,

    Defendant/Third-Party Plaintiff,

v.

PROSLIDE TECHNOLOGY, INC.,

    Third-Party Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Wilderness Hotel & Resort, Inc. against plaintiffs Meghan Faxel and Mike Faxel dismissing the plaintiffs' complaint.

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered dismissing Wilderness Hotel & Resort, Inc.'s third-party complaint against third-party defendant ProSlide Technology, Inc.

    _____s/ A. Wiseman, Deputy Clerk_____      _____4/29/2021_____
         Peter Oppeneer, Clerk of Court                      Date