UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

_____

| | |
|---|---|
| Meghan Faxel and Mike Faxel,    ) | |
|          Plaintiffs-Appellants,   ) | |
|                         v.        ) | 19-CV-01026 |
| Wilderness Hotel & Resort, Inc. d/b/a ) | |
| Wilderness Resort,                ) | |
|          Defendant-Appellee,      ) | |
|                         v.        ) | |
| ProSlide Technology, Inc.         ) | |
|          Third-Party Defendant.   ) | |

_____

## JOINT NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff Meghan Faxel and Plaintiff Mike Faxel, hereby appeals to the Unites States Court of Appeal for the Seventh Circuit from the final judgment entering summary judgment on April 28, 2021, by the Honorable Stephen Crocker, Docket No. 111, as well as from all prior interlocutory rulings.

Respectfully submitted this 24th day of May, 2021.

                                                Respectfully Submitted,

                                                PARENTE & NOREM, P.C.

                                                By:*/s/ Dennis M. Lynch*
                                                     Dennis M. Lynch

Dennis M. Lynch
Parente & Norem, P.C.
221 N. LaSalle Street, Suite 2700
Chicago, IL 60601
312-641-5926
IL ARDC # 6293267
DL@pninjurylaw.com